TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00246-CR





 

Paul Anthony Delarosa, Appellant



v.



The State of Texas, Appellee



 




FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. CR-01-270, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. John W. Stickels, is ordered to tender a brief in this cause no later than October 29,
2003. No further extension of time will be granted.

It is ordered October 6, 2003. 


Before Chief Justice Law, Justices B. A. Smith and Patterson

Do Not Publish